CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Christian Diangelo Martinez-Espinoza**<br>DOB: 2006; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-01826MJ |

Complaint for violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), 1324(a)(1)(B)(iii), 18 U.S.C. §111(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

**COUNT 1:** On or about May 3, 2026, in the District of Arizona, **Christian Diangelo Martinez-Espinoza**, knowing and in reckless disregard of the fact that certain illegal aliens, to include Geovanny Ramos-Loma and Ausencio Gayosso-Barrios, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law, did so for the purpose of financial gain, and placed in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).**

**COUNT 2:** On or about May 3, 2026, at or near Nogales, in the District of Arizona, **Christian Diangelo Martinez-Espinoza** did intentionally and forcibly assault United States Border Patrol Agent J.S., an agent of the United States as designated in section 18 U.S.C. §1114, while Agent J.S. was engaged in, or on account of the performance of his official duties, by backing his vehicle into Agent J.S.'s vehicle, in violation of **Title 18, United States Code, Section 111(a)**, a felony.

**COUNT 3:** On or about May 3, 2026, at or near Nogales, in the District of Arizona, **Christian Diangelo Martinez-Espinoza** did intentionally and forcibly assault United States Border Patrol Agent J.S., an agent of the United States as designated in section 18 U.S.C. §1114, while Agent J.S. was engaged in, or on account of the performance of his official duties, by striking Agent J.S. in the lip with a closed fist, in violation of **Title 18, United States Code, Section 111(a)**, a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On May 3, 2026, in the District of Arizona (Nogales), at approximately 9:00 p.m., Border Patrol Agents (BPAs) recognized a vehicle, identified as a 2021 Honda Civic, that failed to yield to Sonoita BPAs earlier in the day. BPAs observed the vehicle traveling on State Route 82 near Patagonia, Arizona. BPA J.S. initiated a vehicle stop near Mcquin and 4th Street in Patagonia.  The vehicle initially yielded, but immediately after stopping the driver reversed the vehicle into BPA J.S.'s vehicle, striking the front end. The vehicle then fled the scene. BPAs pursued the vehicle eastbound into Sonoita, Arizona as it traveled approximately 100 miles per hour (mph).  The vehicle then fled northbound on State Route 83.  Agents deployed spikes near mile marker 29, successfully deflating several tires. The vehicle continued traveling at approximately 80 mph on flat tires.  Agents successfully spiked the vehicle again, deflating the remaining tire.  The vehicle continued with all tires deflated for approximately eight more miles.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Geovanny Ramos-Loma and Ausencio Gayosso-Barrios

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>JOSHUA J ROBERTSON   *Digitally signed by JOSHUA J ROBERTSON*<br>*Date: 2026.05.04 09:42:46 -07'00'*<br><br>OFFICIAL TITLE<br>Special Agent<br>Joshua Robertson |
|---|---|
| **Sworn by telephone   x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 4, 2026 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

26-01826MJ

The driver then lost control of the vehicle, causing it to roll over and crash off the side of the road in the desert. The driver, later identified as **Christian Diangelo Martinez-Espinoza**, exited the vehicle and fled on foot. BPAs chased **Martinez-Espinoza** who began to fight with BPAs to avoid apprehension.   While on the ground, **Martinez-Espinoza** punched BPA J.S. in the mouth with a closed fist, striking the agent in the lip.   A second BPA assisted, and **Martinez-Espinoza** was eventually taken into custody.

Two passengers in the vehicle were identified as Geovanny Ramos-Loma and Ausencio Gayosso-Barrios. BPAs performed an immigration inspection of the subjects. Both subjects admitted to being citizens of Mexico, present in the United States illegally. Record checks revealed neither subject was in possession of the proper documentation to enter, pass through, or remain in the United States. Gayosso-Barrios was critically injured and transported to the hospital for medical treatment.

Material witness, Ramos-Loma, stated he paid a smuggling fee of $1,000 USD in Mexico and would pay the remainder after arriving at his destination. He stated **Martinez-Espinoza** was intentionally attempting to evade law enforcement.   He stated he pled with **Martinez-Espinoza** to stop but he refused.   **Martinez-Espinoza** told Ramos-Loma that they could open the window or jump out of the car, but he would not stop.   Ramos-Loma did not observe the speedometer as **Martinez-Espinoza** fled but did state that he knew they were going "very, very fast". He also stated that when **Martinez-Espinoza** initially pulled over and reversed into BPAs, **Martinez-Espinoza** stated he was going to "lose the agents, then drop them (Ramos-Loma and Gayosso-Barrios) off and them pick them back up later."